

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN 22 2026

RICK WARREN
COURT CLERK

108 _____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA *ex rel.* THE
OKLAHOMA ETHICS COMMISSION

    *Plaintiff,*

v.

RFD & ASSOCIATES, INC., a foreign corporation,

    *Defendant.*

Case No:  CJ- 2026 - 558

### ENTRY OF APPEARANCE

Garry M. Gaskins, II, hereby appears as counsel for the Plaintiff, The State of Oklahoma *ex rel.*, The Oklahoma Ethics Commission, in the above-captioned matter.

Respectfully submitted,

GARRY M. GASKINS, II, OBA #20212
*Solicitor General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
Email: Garry.Gaskins@oag.ok.gov
*Counsel for Plaintiff*

**EXHIBIT 3**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 22nd day of January 2026, a true and correct copy of the foregoing document was mailed, postage pre-paid to the following:

RDF & Associates, Inc.
3267 Bee Caves Rd, Ste 107-61
Austin, TX 78746

_____
GARRY M. GASKINS, II, OBA #20212

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN 22 2026

RICK WARREN
COURT CLERK
108_____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| THE STATE OF OKLAHOMA *ex rel.* THE OKLAHOMA ETHICS COMMISSION<br><br>*Plaintiff,*<br><br>v.<br><br>RFD & ASSOCIATES, INC., a foreign corporation,<br><br>*Defendant.* | Case No: CJ-2026-558 |

### ENTRY OF APPEARANCE

Sam Black hereby appears as counsel for the Plaintiff, The State of Oklahoma *ex rel.*, The Oklahoma Ethics Commission, in the above-captioned matter.

Respectfully submitted,

_____
SAM BLACK, OBA #34614
*Assistant Solicitor General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
Email: Samuel.Black@oag.ok.gov
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 22nd day of January 2026, a true and correct copy of the foregoing document was mailed, postage pre-paid to the following:

RDF & Associates, Inc.
3267 Bee Caves Rd, Ste 107-61
Austin, TX 78746

_____
SAM BLACK, OBA #34614

2