IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

(1) THE STATE OF OKLAHOMA ex rel. THE OKLAHOMA ETHICS COMMISSION,

    Plaintiff(s),

v.

(1) RFD & ASSOCIATES, INC., a foreign corporation,

    Defendant(s),

Case No. 26-cv-00297-JD

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendant__, __RFD & Associates, Inc.__
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Sara E. Potts    2/18/26
Signature    Date

Sara E. Potts
Print Name

Doerner, Saunders, Daniel & Anderson, L.L.P.
Firm

210 Park Avenue, Suite 1200
Address

Oklahoma City    OK    73102
City    State    Zip Code

(405) 319-3507
Telephone

spotts@dsda.com
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

[✓] I hereby certify that on February 18, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

[ ] I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Sara E. Potts
s/ Attorney Name