IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

(1) THE STATE OF OKLAHOMA ex rel. THE OKLAHOMA ETHICS COMMISSION, )
)
)
)
) Plaintiff(s), )
)
v. )
)
(1) RFD & ASSOCIATES, INC., a foreign corporation, )
)
)
)
) Defendant(s) )

Case No. 26-cv-00297-JD

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, RFD & Associates, Inc.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Jon E. Brightmire     2/19/26
Signature                Date

Jon E. Brightmire
Print Name

Doerner, Saunders, Daniel & Anderson, L.L.P.
Firm

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

2 W. 2nd Street, Suite 700
Address

Tulsa        OK        74103
City         State     Zip Code

(918) 591-5258
Telephone

jbrightmire@dsda.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

[✓] I hereby certify that on February 19, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

[ ] I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Jon E. Brightmire
s/ Attorney Name