## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) THE STATE OF OKLAHOMA *ex rel.* THE OKLAHOMA ETHICS COMMISSION, )<br><br>Plaintiff, )<br><br>v. )<br><br>(1) RFD & ASSOCIATES, INC., a foreign corporation, )<br><br>Defendant. ) | Case No. 26-cv-00297-JD<br>Removed from the District Court of Oklahoma County<br>(Case No. CJ-2026-558) |

### MOTION FOR ADMISSION PRO HAC VICE OF WILLIAM ZAC DUFFY

On behalf of Defendant RFD & Associates, Inc. ("**Defendant**"), the undersigned counsel moves this Court to grant admission *pro hac vice* to William Zac Duffy of Munsch Hardt Kopf & Harr, P.C. ("**Attorney Duffy**"), for the limited purpose of representing Defendant in the above-captioned matter. Pursuant to LCvR 83.3 and in support of this Motion, the undersigned respectfully submits as follows:

1. The applicant, Attorney Duffy, resides and practices in Texas, and he is a partner with Munsch Hardt Kopf & Harr, P.C., located in Dallas, Texas.

2. The undersigned certifies that Attorney Duffy is an attorney licensed to practice law in the State of Texas, Texas Bar No. 24059697. The undersigned further certifies that Attorney Duffy is admitted to and in good standing with the Texas State Bar, as well as the U.S. District Courts for the Eastern, Northern, Southern and Western Districts of Texas, the U.S. Court of Appeals for the Ninth Circuit, and the U.S. Court of Appeals for the Federal Circuit, and he has never been subject to disciplinary action by any bar

association.

3. Attorney Duffy is familiar with the Federal Rules of Evidence, the Federal Rules of Civil Procedure, and the Local Rules of this Court.

4. Pursuant to LCvR 83.3(a), Attorney Duffy is associated with Sara E. Potts, Jon E. Brightmire and Michael S. Linscott of the law firm Doerner, Saunders, Daniel & Anderson, LLP, which is located in both Oklahoma City and Tulsa, Oklahoma. Attorneys Potts, Brightmire, and Linscott are all residents of Oklahoma, each attorney is in good standing with the Oklahoma Bar and has been duly and regularly admitted to practice in this Court, and each attorney has also entered their respective entry of appearance in this action.

5. Defendant desires to have Attorney Duffy participate as co-counsel to represent Defendant in this action.

6. In accordance with LCvR 83.3(b), upon the admission *pro hac vice* of Attorney Duffy in this action, Attorneys Potts, Brightmire, and Linscott will continue to participate and represent Defendant in the above-referenced case.

7. Attached to this Motion as "**Exhibit 1**" is the Request for Admission Pro Hac Vice signed by Attorney Duffy, and upon the filing of this Motion, the required fee shall also be submitted contemporaneously to U.S. District Court Clerk for the Western District of Oklahoma.

8. Upon the admission *pro hac vice* of Attorney Duffy by the Court, Attorney Duffy will also file his entry of appearance in this action, as required under LCvR 83.4.

9. A proposed Order for Admission Pro Hac Vice will also be submitted

contemporaneously upon the filing of this Motion.

                                                  Respectfully submitted,

/s/ *Sara E. Potts*, OBA No. 32104
DOERNER, SAUNDERS, DANIEL
& ANDERSON, LLP
Michael S. Linscott, OBA No. 17266
Jon E. Brightmire, OBA No. 11623
Two West Second Street, Seventh Floor
Tulsa, Oklahoma 74103
(P) 918.591.5258 │ (F) 918.925.5258
(E) mlinscott@dsda.com
(E) jbrightmire@dsda.com
*and*
Sara E. Potts, OBA No. 32104
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
(P) 405.319.3500 │ (F) 405.319.3537
(E) spotts@dsda.com

*Attorneys for Defendant RFD & Associates, Inc.*

## CERTIFICATE OF ECF SERVICE

I hereby certify that on the 19th day of February, 2026, a true and correct copy of the foregoing was filed with the Court Clerk via the Court's ECF system, with notice provided to the following counsel of record:

Garry M. Gaskins, II, OBA No. 20212
Sam Black, OBA No. 34614
Office of the Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
*Counsel for Plaintiff Oklahoma Ethics Commission*

                                                  /s/ *Sara E. Potts*