UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) THE STATE OF OKLAHOMA ex rel. THE OKLAHOMA ETHICS COMMISSION <br><br> vs.                                              Plaintiff(s) <br> (1) RFD & ASSOCIATES, INC., a foreign corporation, <br><br><br><br>                                              Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 26-cv-00297-JD |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: William Zac Duffy

2. State bar membership number: Texas Bar No. 24059697

3. Business address, telephone and fax numbers:
   MUNSCH HARDT KOPF & HARR, P.C.
   500 N. Akard Street, Ste. 4000
   Dallas, TX 75201
   (P) 214.855.7591

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Texas Bar Association
   United States District Court for the Eastern, Northern, Southern and Western Districts of Texas
   United States Court of Appeals for the Ninth Circuit
   United States Court of Appeals for the Federal Circuit

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes  ☐ No

A check for $100 should be made payable to the U.S. District Court Clerk.
(United States Government Attorneys are exempted from paying this fee.)

DATED this ___17th___ day of __February, 2026_____.

/s/ William Zac Duffy
Signature of Applicant

005/rvsd 04-23

**EXHIBIT 1**