# U.S. District Court

## Oklahoma Western - Oklahoma City

Receipt Date: Feb 19, 2026 2:52PM

Kody Stinson

| Rcpt. No: 500016005 | Trans. Date: Feb 19, 2026 2:52PM | | | Cashier ID: #LR (6836) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 111 | Pro Hac Vice | DOKW526LB000123 /001 LIBRARY FUND **FBO**: William Zac Duffy | 1 | 100.00 | 100.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $100.00 |
| | Total Due Prior to Payment: | $100.00 |
| | Total Tendered: | $100.00 |

**Comments**: Pro Hac Vice FBO: William Zac Duffy

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.