IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) THE STATE OF OKLAHOMA *ex rel.* THE OKLAHOMA ETHICS COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> (1) RFD & ASSOCIATES, INC., a foreign corporation, <br><br> Defendant. | Case No. 26-cv-00297-JD <br> Removed from the District Court of Oklahoma County <br> (Case No. CJ-2026-558) |

### DEFENDANT'S UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S PETITION

Pursuant to Fed. R. Civ. P. 6 and LCvR 7.1 (h), Defendant RFD & Associates, Inc. ("**Defendant**," or "**RFD**") makes application with the Court for an unopposed extension of time in which to answer or otherwise respond to Plaintiff's Petition (Dkt. # 1-2), to **March 25, 2026**, and respectfully submits as follows:

1. On January 22, 2026, Plaintiff the Oklahoma Ethics Commission ("**Plaintiff**," or "**OEC**,") initiated this lawsuit in the state court, alleging causes of action against Defendant relating to the development of a software application. *See* Pet., Dkt. # 1-2, at Ex. 1 thereto.

2. Defendant was served with the Petition on or about January 27, 2026, and thus RFD's original deadline to answer or otherwise respond to Plaintiff's Petition in state court was February 17, 2026. *See* Notice of Removal, Dkt. # 1, at ¶¶ 3-4.

3. On January 28, 2026, the undersigned counsel conducted a preliminary meeting with OEC's counsel to discuss potential early resolution of this case. *See* Notice

of Removal, Dkt. # 1, at ¶ 4. During that conversation, the parties' counsel also discussed extending Defendant's deadline to answer or otherwise respond to Plaintiff's Petition to **March 25, 2026**, to which OEC's counsel agreed. *Id.*

4. On February 17, 2026, Defendant removed this case to the U.S. District Court for the Western District of Oklahoma based on diversity jurisdiction and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, thereby extending Defendant's original response deadline by an additional seven (7) days, to February 24, 2026. *See* Notice of Removal, Dkt. # 1; Fed. R. Civ. P. 81(c)(2)(C).

5. As the parties continue to engage in early resolution efforts and discussions and pursuant to the agreement reached between parties' counsel, good cause exists for the Court to grant Defendant an extension of time to answer or otherwise respond to Plaintiff's Petition to **March 25, 2026**.

6. In accordance with LCvR 7.1(h), Defendant further states as follows:

A. The current deadline for Defendant to answer or otherwise respond to Plaintiff's Petition is <u>February 24, 2026</u>. *See* Dkt. # 1; Fed. R. Civ. P. 81(c)(2)(C).

B. No prior motions for extension of time have been requested in this matter.

C. Defendant seeks the requested extension of time in order to pursue ongoing settlement discussions with OEC's counsel before litigation begins in earnest, and pursuant to the agreement reached between counsel on January 28, 2026, regarding the requested extension.

D. Per the discussion had with OEC's counsel on January 28, 2026, Plaintiff does not object to the extension requested by Defendant.

E. As this case was removed on February 17, 2026, a scheduling order has not yet been entered and no adverse impact on the current status of the litigation is anticipated as a result of the requested extension.

F. Defendant specifically requests an unopposed extension of time to answer or otherwise respond to Plaintiff's Petition (Dkt. # 1-2), to be reset as **March 25, 2026**.

G. Pursuant to LCvR 7.1(h), a proposed Order will also be submitted contemporaneously upon the submission of this Unopposed Application.

WHEREFORE, all premises considered, Defendant RFD & Associates, Inc. respectfully requests the Court extend Defendant's deadline to answer or otherwise respond to Plaintiff's Petition to March 25, 2026, and any other relief the Court deems proper.

Respectfully submitted,

*s/Michael S. Linscott*
DOERNER, SAUNDERS, DANIEL
& ANDERSON, LLP
Michael S. Linscott, OBA No. 17266
Jon E. Brightmire, OBA No. 11623
Two West Second Street, Seventh Floor
Tulsa, Oklahoma 74103
(P) 918.591.5258 │ (F) 918.925.5258
(E) mlinscott@dsda.com
(E) jbrightmire@dsda.com
*and*
Sara E. Potts, OBA No. 32104
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
(P) 405.319.3500 │ (F) 405.319.3537
(E) spotts@dsda.com

*and*

>William Zac Duffy, Texas Bar No. 24059697
>*Motion for Pro Hac Vice pending*
>MUNSCH HARDT KOPF & HARR, P.C.
>500 N. Akard Street, Ste. 4000
>Dallas, TX 75201
>
>*Attorneys for Defendant RFD & Associates, Inc.*

## CERTIFICATE OF ECF SERVICE

I hereby certify that on the 19th day of February, 2026, a true and correct copy of the foregoing was filed with the Court Clerk via the Court's ECF system, with notice provided to the following counsel of record:

Garry M. Gaskins, II, OBA No. 20212
Sam Black, OBA No. 34614
Office of the Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
*Counsel for Plaintiff Oklahoma Ethics Commission*

>*s/Michael S. Linscott*