# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

THE STATE OF OKLAHOMA ex rel.

    Plaintiff(s)

vs.                                                           Case Number:  26-cv-00297-JD

RFD & ASSOCIATES, INC., a foreign
    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1., which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

RFD & ASSOCIATES, INC.
[name of party]

who is a (check one)   ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this _19_ day of _February_ , 20_26_ .

s/ Sara E. Potts
Signature

Sara E. Potts                                              32104
Printed Name                                          Bar Number

Doerner, Saunders, Daniel & Anderson, L.L.P.
Firm Name

210 Park Avenue, Suite 1200
Address

Oklahoma City                          OK       73102
City                                             State      ZIP

(405) 319-3507           (405) 319-3537
Phone                           Fax

spotts@dsda.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on    February 19, 2026         (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Garry M. Gaskins, II

Sam Black

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service        ☐ In Person Delivery
☐ Courier Service            ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/Sara E. Potts
Signature