IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE STATE OF OKLAHOMA *ex rel.*, OKLAHOMA ETHICS COMMISSION, <br><br>  Plaintiff, <br><br> v. <br><br> RFD & ASSOCIATES, INC., a foreign corporation, <br><br>  Defendant. | ) ) ) ) ) ) ) Case No. CIV-26-00297-JD ) ) ) ) ) ) |

## ORDER

Before the Court is Defendant's Unopposed Application for Extension of Time to Answer or Otherwise Respond to Plaintiff's Petition ("Motion"). [Doc. No. 7]. The Motion seeks to extend Defendant's deadline to answer, move against, or otherwise respond to Plaintiff's Complaint [Doc. No. 1-2] to March 25, 2026. The Motion indicates that Plaintiff is not opposed to the extension of time. Motion at 2.

For good cause shown and under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 6.3, the Court GRANTS the Motion and extends the deadline for Defendant RFD & Associates, Inc. to answer, move against, or otherwise respond to Plaintiff's Complaint to March 25, 2026.

IT IS SO ORDERED this 23rd day of February 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE