# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE STATE OF OKLAHOMA *ex rel.*,<br>OKLAHOMA ETHICS COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>RFD & ASSOCIATES, INC., a foreign<br>corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-26-00297-JD<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Before the Court is Defendant RFD & Associates, Inc.'s Motion for Admission Pro Hac Vice of William Zac Duffy ("Motion") [Doc. No. 5]. The Motion requests that the Court admit William Zac Duffy to practice before this Court as counsel for Defendant RFD & Associates, Inc. in this action.

The Court GRANTS the Motion. Counsel must register to e-file with this Court and electronically file an entry of appearance consistent with LCvR83.2(g) and LCvR83.4. Registration instructions are available on the Court's website.[1] Counsel must follow the local rules of this Court, including but not limited to immediate disclosures to the Court of any suspension, disbarment, or resignation that triggers the application of LCvR83.6(a).

---

[1] https://www.okwd.uscourts.gov/sites/okwd/files/PDF_A-OKWD_Admitted_Attorneys_Electronic_Filing_Registration.pdf

IT IS SO ORDERED this 23rd day of February 2026.

                                            *[signature]*
                                            JODI W. DISHMAN
                                            UNITED STATES DISTRICT JUDGE