IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) THE STATE OF OKLAHOMA *ex rel.* THE OKLAHOMA ETHICS COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-26-297-JD ) |
| (1) RFD & ASSOCIATES, INC., a foreign corporation, | ) ) ) |
| Defendant. | ) ) |

## ENTRY OF APPEARANCE

Garry M. Gaskins, II hereby enters his appearance in the above-styled case as counsel for Plaintiff The State of Oklahoma *ex rel.* The Oklahoma Ethics Commission. I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Respectfully submitted,

*s/ Garry M. Gaskins, II*
GARRY M. GASKINS, II, OBA #20212
*Solicitor General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone:      (405) 521-3921
Garry.Gaskins@oag.ok.gov

*Counsel for Plaintiff*