IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) THE STATE OF OKLAHOMA *ex rel.* THE OKLAHOMA ETHICS COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>(1) RFD & ASSOCIATES, INC., a foreign corporation,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-26-297-JD<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO REMAND**

Pursuant to 28 U.S.C. § 1447(c), the parties jointly move this Court to remand this action to the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-2026-558. In support thereof, the parties state as follows:

1. This motion is timely filed within thirty days of the Defendant's February 17, 2026, Notice of Removal [Doc. 1].

2. Plaintiff intended to file its own motion to remand this case for lack of diversity jurisdiction.

3. In accordance with Judge Dishman's Chamber Procedures, counsel for the parties conferred prior to Plaintiff filing its motion to remand. During the conference, Defendant agreed to remand the case back to state court with each side to pay their own costs and actual expenses, including attorney fees, incurred as a result of the removal.

1

4. In order for the State court to regain jurisdiction, Section 1447(c) requires "[a] certified copy of the order of remand shall be mailed by the clerk to the clerk of the State court." 28 U.S.C. § 1447(c).

WHEREFORE, the parties request the Court enter such an order remanding this action to the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-2026-558, with each side to pay their own costs and actual expenses, including attorney fees, incurred as a result of the removal.

Dated: March 2, 2026.

                FOR PLAINTIFF:

                **GENTNER DRUMMOND**
                **ATTORNEY GENERAL OF OKLAHOMA**

                <u>/s/ Garry M. Gaskins, II</u>
                Garry M. Gaskins, II, OBA No. 20212
                Solicitor General
                Sam Black, OBA No. 34614
                Assistant Solicitor General
                Office of the Attorney General
                313 N.E. 21st Street
                Oklahoma City, OK 73105
                Garry.Gaskins@oag.ok.gov
                Samuel.Black@oag.ok.gov
                *Counsel for Plaintiff*

FOR DEFENDANT:

/s/Jon E. Brightmire
DOERNER, SAUNDERS, DANIEL & ANDERSON, LLP
Sara E. Potts, OBA No. 32104
Michael S. Linscott, OBA No. 17266
Jon E. Brightmire, OBA No. 11623
Two West Second Street, Seventh Floor
Tulsa, Oklahoma 74103
(P) 918.591.5258 │ (F) 918.925.5258
(E) mlinscott@dsda.com
(E) jbrightmire@dsda.com
and
Sara E. Potts, OBA No. 32104
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
(P) 405.319.3500 │ (F) 405.319.3537
(E) spotts@dsda.com

*and*

William Zac Duffy, Texas Bar No. 24059697
Motion for Pro Hac Vice to be filed
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Ste. 4000
Dallas, TX 75201
(P) 214.855.7591
(E) zduffy@munsch.com
*Counsel for Defendant RFD & Associates, Inc.*