IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE STATE OF OKLAHOMA *ex rel.* THE OKLAHOMA ETHICS COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RFD & ASSOCIATES, INC., a foreign corporation,<br><br>　　　　Defendant. | Case No. CIV-26-00297-JD |

## ORDER

Before the Court is Plaintiff State of Oklahoma *ex rel.* the Oklahoma Ethics Commission and Defendant RFD & Associates, Inc.'s Joint Motion to Remand ("Motion") [Doc. No. 12]. Upon review of the Motion, and under 28 U.S.C. § 1447(c), the Court GRANTS the parties' request to remand this case to the state court from which it was removed.

IT IS THEREFORE ORDERED that this case is REMANDED to the District Court of Oklahoma County, Oklahoma, Case No. CJ-2026-558, with each side to bear its own costs and actual expenses, including attorney fees, incurred because of the removal. The Court directs the Clerk of Court to provide a certified copy of this Order to the clerk of the District Court of Oklahoma County so that the state court may proceed with the case.

IT IS SO ORDERED this 3rd day of March 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE